**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants SHASTA COUNTY,
DEPUTY CLARK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BRYANT, | Case No.: 2:16-cv-02147-CKD (P) |
| Plaintiff, | **AMENDED DISCOVERY AND SCHEDULING ORDER** |
| vs. | |
| SHASTA COUNTY SHERIFF'S DEPARTMENT; COUNTY OF SHASTA; Shasta County Sheriff's Deputy A. Clark, No. Jo557; and DOES 1-50, | |
| Defendants. | |

The Court has considered the Stipulation and Joint Request of the parties to extend the close of discovery and the close of pretrial motions. Good cause appears to exist for the request and therefore, the Court finds as follows:

IT IS ORDERED that the Discovery and Scheduling Order is modified such that the parties may conduct discovery until May 15, 2018.

IT IS FURTHER ORDERED that the Discovery and Scheduling Order is modified such that all pretrial motions, except motions to compel discovery, shall be filed on or before August 15, 2018.

///

1 In all other respects, the Discovery and Scheduling Order (Doc. 18) filed May 12, 2017
2 shall remain in effect.
3 Dated: December 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

AMENDED DISCOVERY AND SCHEDULING ORDER
2