**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants SHASTA COUNTY and
DEPUTY CLARK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BRYANT, | Case No.: 2:16-cv-02147-CKD |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| SHASTA COUNTY SHERIFF'S DEPARTMENT; COUNTY OF SHASTA; Shasta County Sheriff's Deputy A. Clark, No. Jo557; and DOES 1-50, | |
| Defendants. | |

The Court has considered the stipulation and joint request by all parties to dismiss all claims and causes of action with prejudice. The stipulation and joint request appears in order and therefore the Court orders as follows:

IT IS ORDERED: That the entire action is dismissed with prejudice and the clerk of the court is directed to close the file in this matter.

Dated: May 31, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE